# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| CHANNEL MASTER HOLDINGS, INC., | : | Case No. 03-13004 (MFW) |
| CHANNEL MASTER, LLC, and | : | (Jointly Administered) |
| CHANNEL MASTER INTERNATIONAL | : | |
| HOLDINGS, INC., | : | **Hearing Date: February 3, 2010 at 2:00 p.m.** |
| Debtors. | : | **Objection Deadline: January 27, 2010 at 4:00 p.m.** |
| | : | |

## TRUSTEE'S FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CLAIMS PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND DEL. BANKR. LR 3007-1

Montague S. Claybrook, the Chapter 7 trustee (the "Trustee") for the estates of Channel Master Holdings, Inc., Channel Master, LLC, and Channel Master International Holdings, Inc. (the "Debtors"), files this first omnibus objection (non-substantive) to claims pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. Bankr. L.R. 3007-1 (the "Motion"), and, in support thereof, states the following:

### Jurisdiction

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

2. Venue of this proceeding and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicate for the relief sought herein are 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. Bankr. LR 3007-1.

### Background

4. On October 2, 2003, the Debtors each filed with this Court a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

5.  On December 3, 2003, the Chapter 11 cases were converted to cases under Chapter 7 of the Bankruptcy Code.

6.  On December 5, 2003, the Office of the United States Trustee appointed the Trustee in these Chapter 7 cases, which appointment remains in effect.

7.  The deadline to file a claim in this case was May 11, 2004.

8.  The Trustee has reviewed the claims filed with the Bankruptcy Court in this case in order to determine if any claims are inaccurate, improper, late or otherwise objectionable.

9.  The claimants listed on **Exhibit "B"** filed duplicate claims, asserting the same claim amount arising under the same circumstances in each filed claim. The Trustee seeks to disallow the claims listed on **Exhibit "B."**

10.  The claimants listed on **Exhibit "C"** filed a claim that was docketed on the claims register in case number 03-13004 and subsequently, the claimants refiled the same claim that was docketed in case number 03-13005. The debtor entity Channel Master LLC with the case no. 03-13005 is the correct debtor entity against which these claimants have claims. Accordingly, the Trustee seeks to disallow the claims that were filed in case no. 03-13004 as duplicate claims.

11.  The claimants listed on **Exhibit "D"** filed an amended claim in which an amended proof of claim duplicates and/or supersedes the prior filed claim. The Trustee seeks to disallow the claims listed on **Exhibit "D."**

12.  The claimants listed on **Exhibit "E"** filed claims after the deadline for filing claims in these cases. The Trustee seeks to disallow the claims listed on **Exhibit "E."**

13.  The claimants listed on **Exhibit "F"** filed claims that were docketed on the claims register in case number 03-13004. Some of these claims listed the case number as 03-13004,

some listed the case number as 03-13005 and most listed the case number as 03-13004 through 03-13006 on the proof of claim.  In either case, the Clerk's office docketed the claim on the claims register in case number 03-13004, on account of the cases being jointly administered. Upon review of these claims, the Trustee determined that these claims are actually valid claims against the debtor entity Channel Master LLC, which is the case assigned number 03-13005. The Trustee is seeking the Court's authorization to treat the claims listed on **Exhibit "F"** as if they were filed in 03-13005, against the debtor entity Channel Master LLC, as these claims are valid claims against the Channel Master LLC entity.  The request is more clerical in nature, in that the Trustee requests that claims docketed in 03-13004 be treated as if they were docketed and asserted against the entity assigned case no. 03-13005.

14. The claimants listed on **Exhibit "G"** filed claims that were listed on the claims register inaccurately or there is some other inaccuracy regarding the information on the claims register.  The Trustee seeks to correct the claims register and allow the claims as filed, not as reflected on the current claims register an/or to correct any other inaccuracies on the claims register.

15. The Trustee submits that, to the best of his knowledge, the information contained in the Exhibits attached to this Motion is true and correct.  Furthermore, the attorneys for the Trustee certify that they have reviewed Del. Bankr. L.R. 3007-1, and this Motion complies with said Rule.

**Relief Requested**

16. By this Motion, the Trustee respectfully requests the entry of an Order disallowing the claims listed in the attached **Exhibits "B" through "E"** as set forth in those exhibits pursuant to 11 U.S.C. § 502(a), Fed. R. Bankr. P. 3007 and  Del. Bankr. L.R. 3007-1.

The Trustee seeks an order authorizing him to treat the claims in **Exhibit "F"** as if filed in case no. 03-13005. The Trustee also seeks an order allowing claims as filed an/or other corrections on the claims register as reflected in **Exhibit "G."**

17. Section 502(a) provides that a claim filed under 11 U.S.C. § 501 is deemed allowed unless a party in interest objects. Rule 3007 provides that an objection must be in writing and filed with at least thirty (30) days notice of any hearing regarding the objection. Local Rule 3007-1 sets forth the specific procedures for categorizing objections to claims and what information must be included in the motion.

**18.** The Trustee submits that there is sufficient basis to disallow the claims as set forth in **Exhibits "B" through "E."** The Trustee submits that the claims set forth in **Exhibit "F"** should be treated as if filed in case no. 03-13005. Furthermore, the Trustee submits that it is appropriate to correct the claims register and/or allow the claims as filed as set forth in **Exhibit "G."**

<u>**Reservation of Rights**</u>

19. In this Motion, the Trustee has raised certain objections to claims filed against the Debtors in this Chapter 7 case. By this reservation, the Trustee reserves the right to amend, modify or supplement this Motion and the objections therein. Furthermore, should one or more of the grounds for objection stated herein be dismissed or overruled, the Trustee reserves the right to object to each of the claims on other grounds. The Trustee further reserves any and all claims, rights or remedies he may have against the claimants addressed in this Motion with respect to any amounts owed to the Debtors or the Trustee pursuant to Chapter 5 of the Bankruptcy Code.

## Notice

20. Notice of this Motion has been given to the Debtors, their counsel, if any, the Office of the United States Trustee, all parties who have requested notice pursuant to Fed. R. Bank. P. 2002 and claimants who are the subject of this Motion at the address provided on the filed proof of claim. The Trustee submits that such notice is proper and adequate and no further notice is required, and requests that the Court determine that such notice is proper and adequate and no further notice is required .

*[Remainder of this page intentionally left blank]*

WHEREFORE, the undersigned respectfully requests that the Court disallow the claims as set forth in **Exhibits "B" through "E,"** to allow the claims listed on **Exhibit "F"** to be treated as if they were filed in case no. 03-13005 and to allow the claims as filed or make other corrections to the claims register as noted in **Exhibit "G"** and for such other and further relief as is just.

**FOX ROTHSCHILD LLP**

By: ___/s/ Sheldon K. Rennie_____
Sheldon K. Rennie, Esquire
Delaware Bar No. 3772
919 N. Market Street, Suite 1300
Wilmington, DE 19801-3046
Telephone (302) 654-7444/Facsimile (302) 656-8920
srennie@foxrothschild.com

-and-

Michael G. Menkowitz, Esquire
Magdalena Schardt, Esquire
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Telephone (215) 299-2000/Facsimile (215) 299-2150
mmenkowitz@foxrothschild.com
mschardt@foxrothschild.com

Attorneys for Montague Claybrook, Chapter 7 Trustee for the estates of Channel Master Holdings, Inc., Channel Master, LLC and Channel Master International Holdings, Inc.

Dated: January 4, 2010