**CHANNEL MASTER HOLDINGS INC., *et al.***
**Case No. 03-13004 (MFW)**

**CHAPTER 7 TRUSTEE'S FIRST OMNIBUS**
**OBJECTION (NON-SUBSTANTIVE) TO CLAIMS**
**PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007**
**AND DEL. BANKR. LR 3007-1**[1]

**EXHIBIT "B"**

**DUPLICATE CLAIMS**

| Name of Claimant | Remaining Claim Number | Duplicate Claim(s) to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| 3i Group, PLC | 56 | 13 | $6,635,096.27 | Duplicate of subsequently filed claim |
| AIM Electronics, Inc. | 81 | 123 | $551.55 | Duplicate of prior filed claim |
| Bass, Joyce | 302 | 282 | $778.51 | Duplicate of prior filed claim |
| Brady Services, Inc. | 30 | 11 | $33,439.24 | Duplicate of subsequently filed claim |
| Brenntag Southeast, Inc. | 65 | 105 | $1,974.68 | Duplicate of prior filed claim |
| Budd Company | 143 | 75 | $44,266.10 | Duplicate of subsequently filed claim |
| Clegg Pest Control | 101 | 120 | $154.00 | Duplicate of prior filed claim |
| Euler Hermes/Agent for Continental Metals, Inc. | 85 | 18 | $101,782.26 | Duplicate of subsequently filed claim |
| Flores, Santiago | 188 | 230 | $264.88 | Duplicate of prior filed claim |
| J.M. Huber Corporation | 630 | 632 | $31,687.80 | Duplicate of prior filed claim |
| Johnson, Arthur | 322 | 222 (in 03-13005) | $504.46 (support shows total of $932.06) | Duplicate of claim #322 which attaches support; claim 222 attaches no support and is improperly marked a secured claim |
| Lowe's Home Centers, Inc. | 76 | 4 | $818.00 | Duplicate of subsequently filed claim |

---

[1] All claim numbers referenced in these exhibits refer to claims filed in case no. 03-13004 unless specifically noted.

| Name of Claimant | **Remaining** Claim Number | **Duplicate Claim(s) to be Disallowed** | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Mendez, Jenny F. | 154 (in 03-13005) | 223 (in 03-13005) | $433.27 | Duplicate of previously filed claim |
| Metro Metal & Design | 50 | 135 | $22,209.19 | Duplicate of prior filed claim |
| Modern Machine & Metal Fab | 68 | 118 | $15,865.57 | Duplicate of prior filed claim |
| Performance Polymers | 37 | 122 | $20,700.00 | Duplicate of prior filed claim |
| Robinson, Helen | 229 (in 03-13005) | 191 (in 03-13005) | $497.12 | Duplicate of subsequently filed claim |
| Sunbelt Abrasives, Inc. | 79 | 42 | $594.92 | Duplicate of subsequently filed claim |
| Tarheel Tooling & Precision | 78 | 31 | $493.64 | Duplicate of subsequently filed claim |
| Ward, Donald E. | 225 (in 03-13005) | 75 (in 03-13005) | $732.40 | Duplicate of subsequently filed claim |

## EXHIBIT "C"

## DUPLICATE CLAIMS/REPLACED BY FILING OF CLAIM IN PROPER CASE

| Name of Claimant | Remaining Claim Number | Duplicate Claim(s) to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Applied Ind. Technologies-Dixie, Inc. | 9 (in 03-13005) | 446 | $1,591.95 | Duplicate of claim filed subsequently in proper case |
| Avnet Electronics Marketing | 218 (in 03-13005) | 8 | $2,901.87 | Duplicate of claim filed subsequently in proper case |
| Azalea Color Co. | 174 (in 03-13005) | 108 | $29,270.10 | Duplicate of claim filed subsequently in proper case |
| Baird Industries | 44 (in 03-13005) | 119 | $35,031.79 | Duplicate of claim filed subsequently in proper case |
| Barefoot, Cathy | 125 (in 03-13005) | 192 and 564 | $928.94 | Duplicate of claim filed subsequently in proper case |
| Blackmon, Dwayne R. | 211 (in 03-13005) | 371 | $1,389.86 | Duplicate of claim filed subsequently in proper case |
| Blue Ridge Packaging, Inc. | 54 (in 03-13005) | 69,137 | $12,715.16 | Duplicate of claim filed subsequently in proper case |
| Browning, Bryan | 226 (in 03-13005) | 340 | $1,167.22 | Duplicate of claim filed subsequently in proper case |
| Browning, Lena | 237 (in 03-13005) | 380 | $791.35 | Duplicate of claim filed subsequently in proper case |
| C & W Transportation | 83 (in 03-13005) | 175 | $2,647.00 | Duplicate of claim filed subsequently in proper case |
| Coates, Mary L. | 69 (in 03-13005) | 204 and 344 | $1,512.61 | Duplicate of claim filed subsequently in proper case |
| Creech, Brenda B. | 66 (in 03-13005) | 242 and 285 | $1,930.50 | Duplicate of claim filed subsequently in proper case |
| Creech, Sandra J. | 76 (in 03-13005) | 255 | $765.27 | Duplicate of claim filed subsequently in proper case |
| Custom Industries | 59 (in 03-13005) | 53, 116 | $53,461.00 | Duplicate of claim filed subsequently in proper case |
| Edwards Wood Products | 84 (in 03-13005) | 226 | $22,785.25 | Duplicate of claim filed subsequently in proper case |

| Name of Claimant | Remaining Claim Number | Duplicate Claim(s) to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Evans, Durwood L | 118 (in 03-13005) | 588 | $1583.99 | Duplicate of claim filed subsequently in proper case |
| FedEx Custom Critical | 29 (in 03-13005) | 220 | $1,802.31 | Duplicate of claim filed subsequently in proper case |
| Feick, Wilson L. | 160 (in 03-13005) | 507 | $10,821.75 | Duplicate of claim filed subsequently in proper case |
| Geddie, Lewis | 113 (in 03-13005) | 401 | $277.16 | Duplicate of claim filed subsequently in proper case |
| Gerrell , Deborah | 170 (in 03-13005) | 469 and 511 | $2,074.73 | Duplicate of claim filed subsequently in proper case |
| Giggey, David | 166 (in 03-13005) | 229 and 248 | $2,147.42 | Duplicate of claim filed subsequently in proper case |
| Henderson Audiometrics, Inc. n/k/a Henderson & Associates | 22 (in 03-13005) | 24 | $820.12 | Duplicate of claim filed subsequently in proper case |
| Hooks, Janice | 55 (in 03-13005) | 190 and 565 | $953.87 | Duplicate of claim filed subsequently in proper case |
| House, Nancy | 4 (in 03-13005) | 200 and 228 | $2,989.38 | Duplicate of claim filed subsequently in proper case |
| Iron Mountain Records | 30 (in 03-13005) | 16 | $1,015.00 | Duplicate of claim filed subsequently in proper case |
| Jernigan, Elgia R. | 52 (in 03-13005) | 187,325 and  447 | $860.84 | Duplicate of claim filed subsequently in proper case |
| Jernigan, Rosie M. | 183 (in 03-13005) | 283 | $0.00 | Duplicate of claim filed subsequently in proper case |
| Johnson ,Thomas | 230 (in 03-13005) | 266 | $1,475.41 | Duplicate of claim filed subsequently in proper case |
| Johnson, Judith | 228 (in 03-13005) | 263 | $1,457.19 | Duplicate of claim filed subsequently in proper case |
| Jusaites, George A. | 82 (in 03-13005) | 246 | $9,550.16 | Duplicate of claim filed subsequently in proper case |
| Kornegay, Betty H. | 134 (in 03- | 236, 400 and 523 | $1,070.56 | Duplicate of claim filed |

| Name of Claimant | Remaining Claim Number | Duplicate Claim(s) to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| | 13005) | | | subsequently in proper case |
| Lewis, Edna | 224 (in 03-13005) | 452 | $1,181.46 | Duplicate of claim filed subsequently in proper case |
| McLamb, Judy K. | 192 (in 03-13005) | 207 and 532 | $780.11 | Duplicate of claim filed subsequently in proper case |
| Montalvo, Darwin P. | 110 (in 03-13005) | 350 | $863.83 | Duplicate of claim filed subsequently in proper case |
| Montalvo, Sandra | 111 (in 03-13005) | 369 | $609.16 | Duplicate of claim filed subsequently in proper case |
| Moss, Lisa C. | 107 (in 03-13005) | 273 | $1,519.33 | Duplicate of claim filed subsequently in proper case |
| Nelson, Linda | 18 (in 03-13005) | 206 and 342 | $1,379.94 | Duplicate of claim filed subsequently in proper case |
| Oden, Karen | 34 (in 03-13005) | 384 | $328.75 | Duplicate of claim filed subsequently in proper case |
| Oliver, Vanessa R. | 147 (in 03-13005) | 431 | $713.29 | Duplicate of claim filed subsequently in proper case |
| Passer, Kathy | 31 (in 03-13005) | 167 and 274 | $3,946.46 | Duplicate of claim filed subsequently in proper case |
| Pierce, Doris J | 23 (in 03-13005) | 186 and 530 | $770.44 | Duplicate of claim filed subsequently in proper case |
| Precision Tool and Stamping | 1 (in 03-13005) | 3, 32 and 107 | $3,452.10 | Duplicates of claim subsequently filed in proper case |
| Restrepo, Jose E. | 27 (in 03-13005) | 210, 224 and 396 | $477.20 | Duplicate of claim filed subsequently in proper case |
| Restrepo, Ligia | 24 (in 03-13005) | 211,223 and 395 | $1023.76 | Duplicate of claim filed subsequently in proper case |
| Richardson, Letha | 172 (in 03-13005) | 346 | $730.17 | Duplicate of claim filed subsequently in proper case |
| Rivera, Erika | 236 (in 03-13005) | 526 | $427.29 | Duplicate of claim filed subsequently in proper case |
| Rivera, Herminia | 233 (in 03- | 297 | $283.24 | Duplicate of claim filed |

| Name of Claimant | **Remaining Claim Number** | **Duplicate Claim(s) to be Disallowed** | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| | 13005) | | | subsequently in proper case |
| Smith, Gregory Lee | 155 (in 03-13005) | 321 | $755.35 | Duplicate of claim filed subsequently in proper case |
| Snead, Mary M. | 108 (in 03-13005) | 217 and 533 | $889.01 | Duplicate of claim filed subsequently in proper case |
| Snead, Shirley A. | 112 (in 03-13005) | 205 and 457 | $934.96 | Duplicate of claim filed subsequently in proper case |
| Sykes, Margie | 28 (in 03-13005) | 410 and 432 | $1,092.88 | Duplicate of claim filed subsequently in proper case |
| Upchurch, Shirley M. | 99 (in 03-13005) | 218 and 531 | $725.84 | Duplicate of claim filed subsequently in proper case |
| Velasquez, Guillermo | 16 (in 03-13005) | 170, 225 and 308 | $546.96 | Duplicate of claim filed subsequently in proper case |
| Velasquez, Libia | 17 (in 03-13005) | 171, 222 and 310 | $1,042.40 | Duplicate of claim filed subsequently in proper case |
| Watkins Motor Lines, Inc. | 46 and 47 (in 03-13005) | 9,80,155 | $78,014.37 | Duplicate of claim filed subsequently in proper case |
| Wheeler Industries, Inc. | 12 (in 03-13005) | 10 and 92 | $55,944.04 | Duplicate of claim filed subsequently in proper case |
| Williams-Oates, Eunice | 20 (in 03-13005) | 201 and 345 | $2,001.67 | Duplicate of claim filed subsequently in proper case |

## EXHIBIT "D"

## AMENDED/SUPERSEDED CLAIMS

| Name of Claimant | Remaining Claim Number | Claim(s) to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Allen, Susie | 465 | 197 | $364.10 | Amended claim supersedes prior filed claim(s) |
| Arellano, Elda U. | 156 (in 03-13005) | 56 (in 03-13005) | $412.77 | Amended claim supersedes prior filed claim(s) |
| AT&T Corp | 625 | 87 | $15,392.84 | Amended claim supersedes prior filed claim(s) |
| BTI | 181 | 182 | $1,603.64 | Amended claim supersedes other filed claim(s) |
| Classic Delivery and Moving | 635 | 39, 252 | $10,070.00 | Amended claim supersedes prior filed claim(s) |
| Comerica Bank, as Agent | 638 | 177 | unknown | Amended claim supersedes prior filed claim(s) |
| Container & Pallet Services | 102 | 41 | $9,392.40 | Amended claim supersedes prior filed claim(s) |
| Creech, Jimmy G. | 281 | 91 | $581.40 | Amended claim supersedes prior filed claim(s) |
| Edwards Medical Supply | 131 | 106 | $824.28 | Amended claim supersedes prior filed claim(s) |
| Euler Hermes ACI/Agent for Doral Steel | 629 | 17 | $200,970.51 | Amended claim supersedes prior filed claim(s) |
| Garcia, Lori | 581 | 545 | $907.50 | Amended claim supersedes prior filed claim(s) |
| Glover, Kelly | 286 | 176 | $2,614.21 | Amended claim supersedes prior filed |

| Name of Claimant | Remaining Claim Number | Claim(s) to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| | | | | claim(s) |
| Govan, Mattie | 414 | 189 | unknown | Amended claim supersedes prior filed claim(s) |
| Hobbs, Lizzie M. | 534 | 193 | $189.00 | Amended claim supersedes prior filed claim(s) |
| Jones, Judy S. | 426 | 209 | $1,194.16 | Amended claim supersedes prior filed claim(s) |
| Keen, Linda | 339 | 195 | $4,098.35 | Amended claim supersedes prior filed claim(s) |
| L & M Transportation | 234 | 136 | $3,032.00 | Amended claim supersedes prior filed claim(s) |
| Mills, Harold | 482 | 253 | $28,832.00 | Amended claim supersedes prior filed claim(s) |
| Pennsylvania Department of Revenue | 618 | 163, 614 | $1,686.00 and $9,555.00 | Amended claim supersedes prior filed claim(s) |
| Wal-Mart Stores, Inc. | 130 | 124 | $2,000.00 | Amended claim supersedes prior filed claim(s) |
| Williams, Patricia | 311 | 159 | $189.80 | Amended claim supersedes prior filed claim(s) |

# EXHIBIT "E"

## LATE FILED CLAIMS
### BAR DATE—MAY 11, 2004

| Name of Claimant | Date Claim Filed | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Algonquin Industries | 7/26/04 | 622 | $1,908.96 | Filed after bar date |
| Guynes Printing Co. of Texas | 12/29/04 | 626 | $2,000.00 | Filed after bar date |
| Independent Container Line Ltd | 2/11/05 | 628 | $6,500.00 | Filed after bar date |
| MSC Industrial Supply | 8/2/04 | 623 | $179.96 | Filed after bar date |
| National Association of Broadcasters | 7/23/04 | 620 | $15,676.08 | Filed after bar date |
| NCNG A Piedmont Natural Gas | 8/6/04 | 624 | $5,852.85 | Filed after bar date |
| Praxair Inc. | 7/26/04 | 621 | $4,167.14 | Filed after bar date |
| Steel Technologies | 6/17/04 | 619 | $8,680.00 | Filed after bar date |
| Univar USA, Inc. | 2/7/05 | 627 | $5,000.00 | Filed after bar date |

## EXHIBIT "F"

### FILED IN INCORRECT CASE

### AUTHORIZE TRUSTEE TO TREAT CLAIM AS IF FILED IN PROPER CASE

| Name of Claimant | Claim Number | Claim Amount | Filed in Case No(s). | Proposed Treatment |
|---|---|---|---|---|
| AIM Electronics | 81 | $551.55 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Aliaga, Armandina | 270 | $379.73 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Allen, Marty G. | 527 | $1014.83 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Allen, Susie | 465 | $788.34 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Allred Metal Stamping Works | 43 | $31,161.59 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Allsbrook, Ernest R Jr | 612 | $2,655.46 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Alvarez, Araceli | 462 | $594.84 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Armstrong, Bruce | 158 | $1,310,109.00 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| AT&T Corp. | 625 | $23,075.96 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |

| Name of Claimant | Claim Number | Claim Amount | Filed in Case No(s). | Proposed Treatment |
|---|---|---|---|---|
| Atkinson, Donald E. | 598 | $1,380.70 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Automatic Data Processing | 19 | $9,437.58 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Avery, Veronica | 616 | $857.71 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Barbee, Brenda | 605 | $301.34 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Barksdale, Frances | 601 | $304.76 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Barratt, Bruce | 472 | $10,020.17 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Barron, Linda W. | 520 | $739.88 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Bass, Elijah | 279 | $977.22 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Bass, Joyce | 302 | $778.51 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Bass, Vanessa L | 359 | $633.97 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |

| Name of Claimant | Claim Number | Claim Amount | Filed in Case No(s). | Proposed Treatment |
|---|---|---|---|---|
| Becker Powder Coatings, Inc. | 64 | $25,604.61 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Bell, Ruby | 381 | $345.21 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Bender, Philip J. | 561 | $4,307.47 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Bisant, Patricia | 539 | $8,284.34 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Blake, Sandy | 366 | $529.68 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Blevins, Floyd John | 411 | $593.61 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Brady Services, Inc. | 30 | $33,439.24 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Brenntag Southeast, Inc. | 65 | $1,974.68 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Brown, Mary | 304 | $560.35 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Budd Company | 143 | $44,266.10 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |

| Name of Claimant | Claim Number | Claim Amount | Filed in Case No(s). | Proposed Treatment |
|---|---|---|---|---|
| C.C. Dickson Co. | 57 | $1,535.53 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Carlton Bates | 129 | $28.20 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Carolina Filter | 126 | $3,258.09 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Carotek, Inc. | 77 | $631.77 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Carroll, James Robert | 430 | $924.85 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Central Carolina Scale, Inc. | 66 | $6,137.90 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Cheatham,Emanuel Jr | 557 | $879.75 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Clark, Elizabeth L. | 506 | $137.44 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Classic Delivery and Moving | 635 | $9,911.00 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Clover Systems | 178 | $32,640.00 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Coface North America, Inc. (agent for Kuehne & Nagel) | 15 | $23,760.57 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in |

| Name of Claimant | Claim Number | Claim Amount | Filed in Case No(s). | Proposed Treatment |
|---|---|---|---|---|
| | | | | 03-13005 |
| Com Spec Corporation | 45 | $3,032.50 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Concept Packaging | 111 | $20,485.20 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Consolidated Electrical, Inc. | 55 | $5,115.79 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Container & Pallet Services | 102 | $11,771.40 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Cook, Scott | 434 | $6,928.77 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Creech, Jimmy G. | 281 | $1,218.13 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Currier, William | 552 | $27,614.43 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Danly IEM | 29 | $76.50 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Darby & Darby, PC | 597 | $33,040.91 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Darden, Jerry Lee | 377 | $338.13 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Davis, Carl | 509 | $647.57 | 03-13004 | Filed in incorrect bankruptcy case; authorize |

| Name of Claimant | Claim Number | Claim Amount | Filed in Case No(s). | Proposed Treatment |
|---|---|---|---|---|
| | | | | trustee to treat as if filed in 03-13005 |
| Davis, Lucinda | 422 | $978.87 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Delp, Jerry D. | 329 | $1,546.00 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Diaz, Maria | 576 | $301.27 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Dillon Supply Co. | 34 | $8,722.59 | 03-13004 | Withdrawn and requested clerk's office to file in 03-13005 but this was never done; authorize trustee to treat as if filed in the 03-13005 |
| Dilmar Oil Company | 46 | $1,995.52 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Diversified Printing Technique | 152 | $21,010.90 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Doe, John | 608 | $675.54 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Dougherty Equipment | 231 | $268.09 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| D'Rozario, Neale T. | 243 | $12,696.51 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Dunwiddie Custom Packaging, Inc. | 83 | $382.50 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in |

| Name of Claimant | Claim Number | Claim Amount | Filed in Case No(s). | Proposed Treatment |
|---|---|---|---|---|
| | | | | 03-13005 |
| Eastern Tool Company | 52 | $39.07 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Edwards, Edith Pamela | 276 | $908.81 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| EH Publishing, Inc. | 233 | $2,780.00 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Electric Supply and Equipment | 71 | $2,727.28 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Electronic Heating Equipment | 36 | $197.84 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Espinoza ,Marco | 521 | $919.40 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Euler Hermes ACI/Agent for Doral Steel | 629 | $221,970.51 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Euler Hermes ACI/Agent of Continental Metals, Inc. | 85 | $101,782.26 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Ewald, Dennis | 149 | $4,800.00 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Farmer, Raynelle | 510 | $372.51 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in |

| Name of Claimant | Claim Number | Claim Amount | Filed in Case No(s). | Proposed Treatment |
|---|---|---|---|---|
| | | | | 03-13005 |
| Farmer, Senita | 559 | $443.08 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Fastenal Co. | 166 | $1,595.64 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Federal Express | 14 | $15,788.88 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Felizzi, Anthony P | 391 | $5,060.03 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Forsyth Transportation Inc | 538 | $40,579.67 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Fred Hodge Business Forms | 21 | 11,981.66 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Frigola, Ray | 548 | $8,013.81 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Galvez, Juan P. | 307 | $634.22 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Garcia, Lori | 581 | $7,369.04 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Gavarrete, Eduvina R. | 349 | $212.60 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |

| Name of Claimant | Claim Number | Claim Amount | Filed in Case No(s). | Proposed Treatment |
|---|---|---|---|---|
| Glover, Kelly | 286 | $4,626.05 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Govan, Mattie | 414 | $481.45 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Grady, Betty J. | 468 | $283.18 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Gufin, Warren C. | 591 | $1,397.07 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Harris, Shirley | 261 | $772.78 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Hayes Transport Inc. | 165 | $1,444.42 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Heath, William | 577 | $927.43 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Herlihy, Dana | 244 | $4,456.08 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Hernandez, Renan | 409 | $566.73 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Hinnant, Betty Jean | 408 | $703.84 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |

| Name of Claimant | Claim Number | Claim Amount | Filed in Case No(s). | Proposed Treatment |
|---|---|---|---|---|
| Hobbs, Lizzie M. | 534 | $524.01 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Holland, Jerry | 387 | $1,482.08 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Holmes, Bobby | 540 | $1,780.91 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Honeywell Sensing and Control | 89 | $ 523.32 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Houghton International, Inc. | 90 | $16,728.64 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Hughes Supply | 96 | $2207.40 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Indalex Aluminum Solutions | 174 | $6,939.66 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Indalex Aluminum Solutions | 184 | $22,049.00 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| In-Line Fluidpowder | 98 | $1315.75 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| International Carbide Corp. | 38 | $194.35 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |

| Name of Claimant | Claim Number | Claim Amount | Filed in Case No(s). | Proposed Treatment |
|---|---|---|---|---|
| Interwire Products | 232 | $2,161.65 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| J..M. Huber | 595 | $21,359.52 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Jernigan, Carol | 364 | $497.41 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Jiminian, Cesar | 358 | $1045.22 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Jiminian, Gregorio A. | 554 | $338.26 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Johnson, Arthur J. | 322 | $504.46 (support shows total of $932.06) | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Johnson, Greg Scott | 579 | $1,381.38 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Jones, Judy S. | 426 | $1,602.61 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Joseph C. Woodard Co. | 110 | $16,772.84 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Kaelin, Michael H. Jr. | 461 | $13,115.43 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Kahl Specialty Steel Co., Inc. | 33 | $682.82 | 03-13004 | Filed in incorrect bankruptcy case; authorize |

| Name of Claimant | Claim Number | Claim Amount | Filed in Case No(s). | Proposed Treatment |
|---|---|---|---|---|
| | | | | trustee to treat as if filed in 03-13005 |
| Keen, Linda | 339 | $6,585.26 | 03-1004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Kelly Services, Inc. | 23 | 83,006.57 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Ken-Mac Metals | 125 | $47,278.82 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Kuhre, Emelina T. | 535 | $762.70 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| L & M Transport | 234 | $2,225.25 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Lab Safety Supply | 60 | $208.00 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Lacuna Systems, Ltd. | 215 | $1,955.00 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Lancaster, John C. | 256 | $1,059.67 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Laney, Denise | 262 | $1,118.32 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Lassiter, Jeffrey D. | 496 | $1,567.30 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |

| Name of Claimant | Claim Number | Claim Amount | Filed in Case No(s). | Proposed Treatment |
|---|---|---|---|---|
| Lee, John P. | 312 | $1,830.75 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Litho Industries | 54 | $5,986.05 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Lopez, Maria M | 546 | $575.63 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Lowe's Home Centers, Inc. | 76 | $818.00 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Lupo, Vincent A. | 250 | $904.54 | 03-13004 | Filed in incorrect Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Mail.com BMS | 151 | $604.25 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Manning, Shannon Wayne | 306 | $432.45 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Martin, Jo Ann | 361 | $591.90 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Martin, Rose M. | 299 | $563.22 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| McCullers, Clinton M. | 575 | $845.50 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| McKethan ,David L | 578 | $595.04 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in |

| Name of Claimant | Claim Number | Claim Amount | Filed in Case No(s). | Proposed Treatment |
|---|---|---|---|---|
| | | | | 03-13005 |
| McLean, Barbara Ann | 562 | $150.00 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| McMaster-Carr Supply | 128 | $,2939.40 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Menlo Worldwide Forwarding, Inc. | 20 | $32,400.55 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Mervin.Robert W. | 537 | $149.28 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Metro Metal and Design | 50 | $22,209.19 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Michigan Testing Intstitute | 72 | $2,750.00 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Mighty Lube | 133 | $805.00 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Myers, Betty L. | 466 | $733.85 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Nashville Welding & Machine | 74 | $360.00 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| National Welders Goldsboro | 97 | $5930.97 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |

| Name of Claimant | Claim Number | Claim Amount | Filed in Case No(s). | Proposed Treatment |
|---|---|---|---|---|
| Norris, Pamela | 284 | $661.00 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Norsat International, Inc. | 27 | $97,319.29 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| North American Publishing Company | 58 | $2,288.50 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Oce-Bruning, Inc. | 59 | $274.82 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Old Dominion Freight | 7 | $328.77 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Oliver, Brenda G. | 536 | $826.31 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Oliver, Cheryl | 613 | $289.63 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Ordway, Bonnie E. | 433 | $707.96 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| O'Wells, David | 571 | $430.77 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Packaging Credit Company | 153 | $6,503.25 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Parker Hannifin Corporation | 5 | $3,136.45 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in |

| Name of Claimant | Claim Number | Claim Amount | Filed in Case No(s). | Proposed Treatment |
|---|---|---|---|---|
| | | | | 03-13005 |
| Parker, Daphne | 607 | $263.16 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Parrrish, Peggy Lee | 362 | $261.43 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Paulino, Fatima | 370 | $358.85 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Pennell, Jean W. | 378 | $791.98 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Pepper Hamilton LLP | 235 | $2,846.20 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Performance Polymers | 37 | $20,700.00 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Pierce, Mishelle | 438 | $751.43 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Pilkington, Dwayne Eddie | 586 | $2,438.19 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Pitney Bowes Credit Corp. | 150 | $2,499.97 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Plasticolors Inc | 103 | $4,956.00 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |

| Name of Claimant | Claim Number | Claim Amount | Filed in Case No(s). | Proposed Treatment |
|---|---|---|---|---|
| PM International | 63 | $14,731.60 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Powers, Marc R. | 249 | $2,924.81 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Prater, Christopher | 419 | $1,803.14 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Price, Marie M. | 516 | $891.10 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Progress Energy Carolinas | 154 | $54846.44 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Puddy, Gregory D. | 367 | $545.92 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Radley, Ian | 157 | $933,289.31 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Raynor, Cathy R. | 271 | $758.95 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Regional Die Casting LTD | 84 | $16764.57 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Reyes, Juan | 375 | $546.61 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |

| Name of Claimant | Claim Number | Claim Amount | Filed in Case No(s). | Proposed Treatment |
|---|---|---|---|---|
| Reyes, Marcos | 267 | $1,142.69 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Reyes, Miguel | 352 | $663.44 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Reyes, Santa | 397 | $492.47 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Rivera, Saturnia | 257 | $481.37 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Roadway Express | 142 | $15,989.59 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Roher Corporation | 51 | $644.76 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Sanchez, Eugino | 450 | $451.77 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Sanchez, Vidal | 424 | $353.27 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Santiago Flores | 188 | $264.88 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Satellite Systems Corporation | 35 | $12,000.00 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |

| Name of Claimant | Claim Number | Claim Amount | Filed in Case No(s). | Proposed Treatment |
| --- | --- | --- | --- | --- |
| Schneider National, Inc. | 95 | $4402.01 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Scotland Container, Inc. | 194 | $556,035.64 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Seghers Better Technology | 67 | $2,240.00 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Sherrard & Roe | 121 | $469.30 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Showtime Media Sales | 185 | $1,800.00 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Shue, Eddie | 353 | $965.19 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Signode Corporation | 61 | $2,445.60 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Smith Anderson Blount *et al* | 156 | $1,593.75 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Smith, Richard L. | 416 | $659.30 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Smithfield City Florist | 145 | $187.01 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |

| Name of Claimant | Claim Number | Claim Amount | Filed in Case No(s). | Proposed Treatment |
| --- | --- | --- | --- | --- |
| Solar Compound Corp | 134 | $348.60 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| South Atlantic LLC | 99 | $3,1659.10 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Southeastern Freight Lines | 12 | $928.27 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Southern Testing | 141 | $1,168.50 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Spragins, Gregg | 335 | $1,554.37 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Stirling Connectors | 73 | $73,667.80 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Sunbelt Abrasives, Inc. | 79 | $594.92 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Sutton, Durwood | 592 | $874.40 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| T & H Lemont | 132 | $6,269.44 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Tarheel Tooling & Precision | 78 | $493.64 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Taylor, April | 512 | $526.59 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in |

| Name of Claimant | Claim Number | Claim Amount | Filed in Case No(s). | Proposed Treatment |
|---|---|---|---|---|
| | | | | 03-13005 |
| Telogy, Inc. | 203 | $16,720.08 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Tennant Co | 93 | $1,666.00 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Textilease | 109 | $5,504.23 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| The Sherwin Williams Co. | 28 | $206,485.84 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Thornton, Cynthia K. | 427 | $1,112.00 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Toshiba America Electronic Components, Inc. | 82 | $85,977.50 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Unisource Worldwide, Inc. | 26 | $2,702.30 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| United Tool & Stamping | 439 | $84,364.24 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| V. W. Eimicke Assoc | 112 | $2980.65 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Vasquez, Carlos J | 547 | $835.31 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |

| Name of Claimant | Claim Number | Claim Amount | Filed in Case No(s). | Proposed Treatment |
|---|---|---|---|---|
| VWR Scientific | 62 | $1,473.40 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| W.W. Grainger | 6 | $873.63 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Wal-Mart Stores, Inc. | 130 | $5,000.00 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Warren, Gerard D | 556 | $775.12 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Waste Management | 238 | $9,787.85 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Welsh, David L | 473 | $11,96.89 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Whitley, Angela | 407 | $1,199.28 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Williams, Mary Ann | 357 | $1,041.86 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Williams, Patricia | 311 | $1,002.81 | 03-1004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Williams, Sharon S. | 594 | $951.85 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Williams, Tamara D | 574 | $620.97 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in |

| Name of Claimant | Claim Number | Claim Amount | Filed in Case No(s). | Proposed Treatment |
|---|---|---|---|---|
| | | | | 03-13005 |
| Wilson, Andrew M. | 402 | $1,075.97 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Wire Cloth Manufactures, Inc. | 198 | $12,024.19 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Womack, Frances | 347 | $789.29 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Wood, Gary Keith | 338 | $1,615.12 | 03-13004 | Filed in incorrect bankruptcy case |
| Worley, Thomas E. | 572 | $1,061.28 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Worth, Glen A | 606 | $250.00 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |
| Zuniga, Nancy | 444 | $374.36 | 03-13004 | Filed in incorrect bankruptcy case; authorize trustee to treat as if filed in 03-13005 |

# EXHIBIT "G"

## CORRECTION TO CLAIMS REGISTER

| Name of Claimant | Claim Number | Claim Amount | Mistake on Claims Register | Correction required | Allowance |
|---|---|---|---|---|---|
| Armwood, Dorris | 315 | $539.34 | **Incorrectly listed on claims register 03-13004; per DI# 573 should have been filed in 03-13005** | List as claim in 03-13005 | Claim allowed as if filed in 03-13005 |
| Browning, Lena | 237 (in 03-13005) | $791.35 | **Incorrectly listed on claims register 03-13005 as the claim of Bryan Browning** | List as claim of Lena Browning | Claim allowed as filed and imaged; correct name on claims register |
| Clark, Eva Mae | 356 | $278.09 | **Incorrectly listed on claims register 03-13004; per DI# 577 should have been filed in 03-13005** | List as claim in 03-13005 | Claim allowed as if filed in 03-13005 |
| Durham, Alberta | 519 | $990.72 | **Incorrectly listed on claims register 03-13004; per DI# 566 should have been filed in 03-13005** | List as claim in 03-13005 | Claim allowed as if filed in 03-13005 |
| Edwards Medical Supply | 131 | $748.87 | **Incorrectly listed on claims register 03-13004; per DI# 568 should have been filed in 03-13005** | List as claim in 03-13005 | Claim allowed as if filed in 03-13005 |
| Elliott, Shelby | 369 | $278.09 | **Incorrectly listed on claims register 03-13004; per DI# 569 should have been filed in 03-13005** | List as claim in 03-13005 | Claim allowed as if filed in 03-13005 |
| Espinoza, Petrona | 289 | $373.23 | **Incorrectly listed on claims register 03-13004; per DI# 705 should have** | List as claim in 03-13005 | Claim allowed as if filed in 03-13005 |

| Name of Claimant | Claim Number | Claim Amount | Mistake on Claims Register | Correction required | Allowance |
|---|---|---|---|---|---|
| | | | **been filed in 03-13005** | | |
| Futch, Diana P. | 368 | $1,047.22 | **Incorrectly listed on claims register 03-13004; per DI# 593 should have been filed in 03-13005** | List as claim in 03-13005 | Claim allowed as if filed in 03-13005 |
| Garner, Lenora V. | 388 | $1,019.60 | **Incorrectly listed on claims register 03-13004; per DI# 564 should have been filed in 03-13005** | List as claim in 03-13005 | Claim allowed as if filed in 03-13005 |
| Gateley, Joy H. | 212 | $21,478.16 | **Incorrectly listed on claims register 03-13004; per DI# 603 should have been filed in 03-13005** | List as claim in 03-13005 | Claim allowed as if filed in 03-13005 |
| Gil ,Norma | 415 | $293.44 | **Incorrectly listed on claims register 03-13004; per DI# 565 should have been filed in 03-13005** | List as claim in 03-13005 | Claim allowed as if filed in 03-13005 |
| Godwin, Carolyn | 268 | $579.18 | **Incorrectly listed on claims register 03-13004; per DI# 706 should have been filed in 03-13005** | List as claim in 03-13005 | Claim allowed as if filed in 03-13005 |
| Hernandez, Eliud T. | 470 | $441.52 | **Incorrectly listed on claims register 03-13004; per DI# 638 should have been filed in 03-13005** | List as claim in 03-13005 | Claim allowed as if filed in 03-13005 |
| Parker, Janice F. | 324 | $687.17 | **Incorrectly listed on claims register 03-13004; per DI# 689 should have been filed in 03-** | List as claim in 03-13005 | Claim allowed as if filed in 03-13005 |

| Name of Claimant | Claim Number | Claim Amount | **Mistake on Claims Register** | Correction required | Allowance |
|---|---|---|---|---|---|
| | | | **13005** | | |
| Restrepo, Jose E. | 27 (in 03-13005) | $1204.52 | **Incorrectly listed on claims register as secured** | List as priority claim instead of secured; leave portion identified as unsecured | Claim allowed as filed |
| Sandoval, Maria D. | 515 | $277.16 | **Incorrectly listed on claims register 03-13004; per DI# 560 should have been filed in 03-13005** | List as claim in 03-13005 | Claim allowed as if filed in 03-13005 |
| Scotland Container, Inc. | 194 | $556,035.64 | **Incorrectly listed as priority general unsecured claim on claims register** | List as general unsecured claim | Claim allowed as filed |
| Wire Cloth Manufactures, Inc. | 198 | $12,024.19 | **Incorrectly listed as priority general unsecured claim on claims register** | List as general unsecured claim | Claim allowed as filed |
| Zeledon, Wilda | 117 (in 03-13005) | $601.04 | **Incorrectly listed on claims register as requesting claim in the amount of $601.04** | Adjust claim amount to $339.29, as listed on proof of claim | Claim allowed as filed |