# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 7 |
| : | |
| CHANNEL MASTER HOLDINGS, INC., : | Case No. 03-13004 (MFW) |
| CHANNEL MASTER, LLC, and : | (Jointly Administered) |
| CHANNEL MASTER INTERNATIONAL : | |
| HOLDINGS, INC., : | Hearing Date: February 3, 2010 at 2:00 p.m. |
| Debtors. : | Objection Deadline: January 27, 2010 at 4:00 p.m. |
| : | |

### NOTICE OF CHAPTER 7 TRUSTEE'S FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CLAIMS PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND DEL. BANKR. LR 3007-1

TO: THE DEBTORS, U.S. TRUSTEE, ALL PARTIES REQUESTING NOTICE AND ALL AFFECTED CLAIM HOLDERS

Montague S. Claybrook, the Chapter 7 trustee (the "Trustee") for the estates of Channel Master Holdings, Inc., Channel Master, LLC and Channel Master International Holdings, Inc. (the "Debtors"), has filed a first omnibus objection (non-substantive) to claims pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. Bankr. L.R. 3007-1 (the "Motion"). The Motion seeks to alter the rights of certain claim holders by expunging and/or disallowing the claim(s) because: a) the claimant did not attach any documentation supporting your claim; and/or b) the claimant filed a duplicate claim; and/or c) the claimant filed a claim that amended a prior or other filed claim; and/or d) the claimant filed the claim late. The Motion also seeks to authorize the Trustee to treat certain claims filed in the incorrect case as if they were filed in the correct case and it seeks to make certain corrections to the claims register, so that the information regarding certain claims is properly reflected.

If you oppose the Motion or seek to otherwise respond to the Motion, you must file a response to the Motion on or before **January 27, 2010 at 4:00 p.m.**, prevailing Delaware time. If a copy of the Motion is not enclosed, you may obtain it by calling the attorneys for the

Trustee at the number listed below.  At the same time, you must also serve a copy of the objection/response upon the Trustee's attorneys:

>Sheldon K. Rennie, Esquire
>Fox Rothschild LLP
>919 N. Market Street, Suite 1300
>Wilmington, DE  19801-3046
>Telephone (302) 654-7444/Facsimile (302) 656-8920
>
>and
>
>Michael G. Menkowitz, Esquire
>Magdalena Schardt, Esquire
>Fox Rothschild LLP
>2000 Market Street, 20th Floor
>Philadelphia, PA 19103-3222
>Telephone (215) 299-2000/Facsimile (215) 299-2150

**A HEARING ON THE MOTION WILL BE HELD ON <u>FEBRUARY 3, 2010 AT 2:00 P.M.</u>**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

>**FOX ROTHSCHILD LLP**
>
>By:  /s/ Sheldon K. Rennie
>Sheldon K. Rennie, Esquire
>Delaware Bar No. 3772
>919 N. Market Street, Suite 1300
>Wilmington, DE 19801-3046
>Telephone (302) 654-7444/Facsimile (302) 656-8920
>srennie@foxrothschild.com
>
>and
>
>Michael G. Menkowitz, Esquire
>Magdalena Schardt, Esquire
>2000 Market Street, 20th Floor
>Philadelphia, PA 19103-3222
>Telephone (215) 299-2000/Facsimile (215) 299-2150
>mmenkowitz@foxrothschild.com
>mschardt@foxrothschild.com
>
>Attorneys for Montague S. Claybrook, Chapter 7 Trustee
>for the estate of Channel Master Holdings, Inc., Channel Master,
>LLC and Channel Master International Holdings, Inc.

Dated:  January 4, 2010